August 19, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LIQUIDATING MARKETING, LTD. F/K/A RAPID SETTLEMENTS, LTD,
Appellant

NO. 14-13-01131-CV                          V.

SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT
FUNDING, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on November 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Liquidating Marketing, Ltd. f/k/a Rapid Settlements, Ltd.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.